# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SANDRA K. MURRAY,**

    Plaintiff,

V.                              CASE NUMBER: **06-C-781**

**GEORGE BUSH, Supervisor Maysteel,**

    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss the *pro se* plaintiff's complaint alleging discrimination and retaliation in violation of the Americans with Disabilities Act in violation of 42 U.S.C. § 12112(a) and § 12203(a) is GRANTED.**

**This action is hereby DISMISSED.**

    **July 30, 2007**                                **JON W. SANFILIPPO**
Date                                              Clerk

                                                        s/ Linda M. Zik
                                                        (By) Deputy Clerk