UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**SANDRA KAY MURRAY,**

      **Plaintiff,**

    -vs-                                              **Case No. 06-C-781**

**SUPERVISOR GEORGE BUSH,**

      **Defendant.**

## DECISION AND ORDER

On August 16, 2013, this Court issued an order declining to lift the filing ban it imposed on pro se Plaintiff Sandra Kay Murray ("Murray") on August 1, 2008, and extended for an additional two years on May 27, 2011. (ECF No. 51.) The August 2013, Order also cautioned Murray, who had presented her third request to lift the ban in as many months, that if she filed any more papers relating to the claims that she previously filed with the Court the filing ban—with limited exceptions—would be extended for an additional two years from the date of such filing.

Despite the Court's admonition, three days after the issuance of that Decision and Order, Murray filed her fourth request to lift the ban. Murray's August 19, 2013, filing includes attachments indicating that in 1987 Murray sustained "significant brain damage" and has been diagnosed with mild cognitive deficits involving memory, concentration, and recall. The attachments also disclose that between 2005 and 2009 Murray filed ten administrative actions against Maysteel. Defendant George Bush was

a supervisor at Maysteel.

Murray must cease her repeated filings requesting that the Court lift the filing ban so she may litigate the same or similar claims that she has litigated against Maysteel and Bush. Murray has not heeded the Court's warnings and advice.

In 2008, the Court declined to impose monetary sanctions on Murray. However, the time has come to add that sanction to the filing ban. The Court imposes monetary sanctions upon Murray of $50.00 and orders that until Murray pays that money sanction and at least two years from the date of this Order have passed, with limited exceptions, she may not file any papers with the Court.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Murray's request to lift the filing ban (ECF No. 52) is **DENIED;**

Murray is **SANCTIONED $50.00** which must be paid to the Clerk of Court;

Until the $50.00 sanction has been paid and at least two years from the date of this order have passed, Murray is barred from filing any further cases or documents in this District, except for: 1) any habeas corpus claim alleging that Murray is being detained or held in an institution against her will and in violation or her federal or constitutional rights; 2) in a purely defensive mode in an action where she is cast as a defendant or respondent; and, 3) any papers seeking to or related to an appeal in this action; and

No sooner than two years after the date of this Order, Murray may file a request with this Court for relief from this Order, and state why lifting the Order would be appropriate.

Dated at Milwaukee, Wisconsin, this 27th day of August, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 3 -

Case 2:06-cv-00781-PP   Filed 08/27/13   Page 3 of 3   Document 53