# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SANDRA KAY MURRAY,

       **Plaintiff,**

    -vs-                                 **Case No. 06-C-781**
                                             **(USCA No. 13-3463)**

SUPERVISOR GEORGE BUSH,

       **Defendant.**

# DECISION AND ORDER

On November 27, 2013, pro se Plaintiff Sandra Kay Murray ("Murray") filed a one-page request for an extension of time to appeal.   She filed a notice of appeal on November 4, 2013; however, that appeal from this Court's August 27, 2013, Decision and Order may be deemed late by the Court of Appeals.   *See* Fed. R. App. P. 4(a)(1)(A) (stating, generally, in a civil case, the notice of appeal required by Rule 3 must be filed within 30 days after entry of the judgment appealed.)   Murray's current motion and earlier filings indicate she may have some impairments.   Therefore, the Court finds "good cause" to extend the time for filing her notice of appeal, and extends the time for her to file a notice of appeal until December 20, 2013.  *See* Fed. R. App. P. 4(a)(5).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Murray's motion for an extension of time to file her notice of appeal (ECF No. 60) is **GRANTED.**

Murray may file a notice of appeal **on or before December 20, 2013**.

Dated at Milwaukee, Wisconsin, this 6th day of December, 2013.

BY THE COURT:

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 2 -