# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SANDRA K. MURRAY,**

    Plaintiff,

-vs-                                              Case No. 06-C-781

**SUPERVISOR GEORGE BUSH,**

    Defendant.

# ORDER

Pro se Plaintiff Sandra K. Murray seeks relief (ECF No. 63) from a filing ban. The ban was imposed on August 1, 2008, and extended on May 27, 2011, for two additional years. On August 27, 2013, the Court imposed a $50 sanction and extended the filing ban until the sanction is paid and for least two more years.

Murray has not paid the sanction. The $50 sanction must be paid to the Clerk of Court before the Court will consider lifting the filing ban. In addition, Murray's filing would need to state why the filing ban should be lifted. Her current motion does not. Therefore, Murray's motion to lift the ban is denied.

NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:

Murray's motion to lift the ban (ECF No. 63) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2015.

BY THE COURT:

*Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 2 -

Case 2:06-cv-00781-PP   Filed 01/20/16   Page 2 of 2   Document 64