# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SANDRA K. MURRAY,**

      Plaintiff,

    -vs-                                                     **Case No. 06-C-781**

**SUPERVISOR GEORGE BUSH,**

      Defendant.

# ORDER

Pro se Plaintiff Sandra K. Murray requests relief (ECF No. 65) from a filing ban. The ban was imposed on August 1, 2008, and extended for two additional years on May 27, 2011. On August 27, 2013, the Court imposed a $50 sanction and extended the filing ban until the sanction is paid, and for least two more years.

Murray has not paid the sanction. The $50 sanction must be paid to the Clerk of Court before the Court will consider lifting the filing ban.

In addition, Murray's filing must state why the filing ban should be lifted. As with her motion filed in January 2016, the current request does not. Therefore, Murray's request to lift the ban is denied.

NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:

Murray's request to lift the ban (ECF No. 65) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of March, 2016.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**