UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANDRA K. MURRAY,

    Plaintiff,

v.                                        Case No. 06-CV-781-PP

SUPERVISOR GEORGE BUSH, SR,

    Defendant.

**AMENDED ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S REQUEST TO LIFT BAN (DKT. NO. 69)**

The plaintiff, Sandra K. Murray, proceeding without counsel, filed a request seeking relief from the court's filing ban. Dkt. No. 67. Judge Randa had imposed the ban on August 1, 2008, and on May 27, 2011, extended it for two additional years. Dkt. Nos. 39, 43. On August 27, 2013, Judge Randa imposed a $50 sanction, and extended the filing ban until the plaintiff paid the sanction, and for at least two more years (with limited exceptions). Dkt. No. 53.

The clerk's office has confirmed that the plaintiff paid the $50 sanction on November 3, 2016. In her request, the plaintiff informs the court that she paid the sanction. She also indicates something about an appeal, and something about suing someone. Dkt. No. 69 at 1. While it is not clear whether the plaintiff wants to appeal something that happened in the past,

or to bring a new lawsuit, it appears that the plaintiff still wants to pursue relief in this case despite Judge Randa's order and ban prohibiting her from pursuing this case any further. Dkt. No. 69 at 1. Judge Randa determined that that the plaintiff's case has no merit; this court will not disturb that ruling. Dkt. No. 39. The plaintiff already has filed two appeals, dkt. nos. 32, 54, and the Seventh Circuit dismissed both as untimely, dkt. nos. 36, 64. There is no further relief for the court to provide in this case. The court no longer will consider documents filed under case #06-cv-781.

Concerning the filing ban, because the plaintiff paid the $50 sanction and two years have passed since Judge Randa's 2013 order, the court will lift the ban and allow the plaintiff to file *other* cases, as long as the relief requested is unrelated to the Murray v. Bush claims. The court warns the plaintiff, however, that if she files multiple frivolous cases, the court may impose another ban on filings pursuant to Support Systems International, Inc. v. Mack, 45 F.3d 185, 186-87 (7th Cir. 1995).

The court **DENIES** the plaintiff's request to lift the filing ban as to this case, and **ORDERS** that the Clerk of Court shall return to the plaintiff any other documents she may file in this case. Dkt. No. 69. The court **GRANTS** the plaintiff's request to lift the ban with respect to new cases unrelated to Murray v. Bush. Dkt. No. 69. If the plaintiff files any further documents under case number 06-cv-781, the Clerk of Court shall return complaint unfiled. If the plaintiff files any future complaints that raise the same issues

2

she raised in this one, the court will dismiss those complaints pursuant to this order.

The court **WARNS** the plaintiff that filing multiple frivolous cases may result in another filing ban.

Dated in Milwaukee, Wisconsin, this 29th day of November, 2016.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge

3